# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HERSHAWN LITTLE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX VILLANUEVA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-cv-05745-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed.

DATED: October 1, 2019

　　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　HON. DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE